IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID GONZALES,

          Plaintiff,          Civil No. 08-6203-SU

    v.                         ORDER OF DISMISSAL
                                     as to Defendant Phillip Callahan

CITY OF NYSSA, LENNIE
ELFERING, and PHILLIP CALLAHAN,

          Defendants.

      Based on the record and the Plaintiff's motion to dismiss as to Defendant Phillip Callahan (#6),

      IT IS ORDERED AND ADJUDGED this action is dismissed as to Defendant Phillip Callahan without prejudice and without costs to any party.

      IT IS SO ORDERED.

      Dated this _27th_ day of October, 2008.

                                                        /s/ Patricia Sullivan
                                                       Patricia Sullivan
                                                       United States Magistrate Judge

Pg. 1 - ORDER OF DISMISSAL